

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00725-CV

David Gene **BECKA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1257
Honorable Andrew Wyatt Carruthers, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against Appellant David Gene Becka.

SIGNED December 7, 2022.

_____
Patricia O. Alvarez, Justice